✎ AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

| Northern | DISTRICT OF | Ohio, Western Division |
| --- | --- | --- |

Dale Burns, et al.,

**JUDGMENT IN A CIVIL CASE**

V.

Prudential Securities, Inc., et al.,

Case Number:   3:06cv748

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that defendant Prudential's Motions to Remove and Dismiss are denied and Plaintiff's

Motion to Remand is granted.  This case is hereby remanded to the Marion County

Common Pleas Court.

IT IS SO ORDERED.
s/ Jack Zouhary
United States District Judge

| 7/10/06 | Geri M. Smith |
| --- | --- |
| Date | Clerk |
| | Carol J. Bethel |
| | (By) Deputy Clerk |